

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-25-00212-CV

---

Urias Transport, LLC and Joel Fierro Urias, Appellant

v.

Pawnee Leasing Corporation, Appellee

---

On Appeal from the 143rd District Court
Reeves County, Texas
Trial Court No. 25-01-25539-CVR

---

## J U D G M E N T

The Court has considered this cause on the joint motion to dismiss the appeal, which indicates the parties have settled their dispute in the underlying litigation, and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further

order cost taxed against the parties incurring same as stated in the agreed motion. This decision shall be certified below for observance.

IT IS SO ORDERED this 23rd day of December 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.